Mark SWOPE, Petitioner,

v.

**DEPARTMENT OF JUSTICE,**
**Respondent.**

No. 2013–3150.

United States Court of Appeals,
Federal Circuit.

April 15, 2014.

Aaron L. Martin, Martin Law Firm, of Fayetteville, AR, for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil

---

Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Martin F. Hockey, Assistant Director. Of counsel on the brief was Natalie R.W. Holick, Federal Bureau of Prisons, Office of General Counsel, of Kansas City, KS.

NEWMAN, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.